

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00895-CR

Meliton **CHAIREZ-MURILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7291
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 25, 2015.

_____
Patricia O. Alvarez, Justice